JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | No. 2:12-cv-03170-MWF-DTB |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | |
| BIG 5 CORP. dba BIG 5 SPORTING GOODS #209; MILTON SHOONG FOUNDATION, A CALIFORNIA CORPORATION, | |
| Defendants. | |

## <u>ORDER</u>

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: April 11, 2013

_____
Michael W. Fitzgerald
United States District Court Judge

*Shaw v. Big 5 Corp., et al.*
Order Granting Stipulation for Dismissal of Action