JS-6

1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**CENTRAL DISTRICT OF CALIFORNIA**

6
7

CECIL SHAW,                                    ) No.  2:12-cv-03170-MWF-DTB
                                               )
8            Plaintiff,                         ) **ORDER GRANTING STIPULATION FOR**
                                               ) **DISMISSAL OF ACTION**
9        vs.                                    )
                                               )
10  BIG 5 CORP. dba BIG 5 SPORTING GOODS )
    #209; MILTON SHOONG FOUNDATION, A )
11  CALIFORNIA CORPORATION,                    )
                                               )
12                                             )
             Defendants.                        )
13  _____ )

14
15
16                              <u>**ORDER**</u>

17
18        The parties having so stipulated,

19        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

20
21  **IT IS SO ORDERED**.

22
23  Dated:_ April 11, 2013          _____

24                                  Michael W. Fitzgerald
                                    United States District Court Judge
25
26
27
28

*Shaw v. Big 5 Corp., et al.*
Order Granting Stipulation for Dismissal of Action
                              Page 1